IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK D. NICOLAZZO,<br>        Petitioner,<br><br>vs.<br><br>MICHAEL KLOPOTOSKI, et al.,<br>        Respondent/s. | 2:09cv194<br>Electronic Filing<br><br>Judge Cercone /<br>Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this 25th day of August, 2009, after the petitioner, Mark D. Nicolazzo, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until August 20, 2009, after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 21), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Docket No. 5) is dismissed and a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                     _/s/ Cercone_
                                                     David Stewart Cercone
                                                     United States District Judge

cc:   Mark D. Nicolazzo
       209 Carson Street
       Springdale, PA 15144

       Judith Potoka Petrush, Esquire
       Office of the District Attorney
       Suite 206
       2 North Main Street
       Greensburg, PA 15601